No. 75–5520.  LANG *v.* ILLINOIS.  Appeal from App. Ct. Ill., 1st Dist., dismissed for want of jurisdiction, it appearing that there is no final judgment of the highest court of a State wherein a judgment could be had as required by 28 U. S. C. § 1257.

No. 74–1184.  AMERICAN TRADING TRANSPORTATION Co., INC., ET AL. *v.* ESCOBAR.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *American Foreign S. S. Co.* v. *Matise, ante,* p. 150.  MR. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. A–503  (75–5731).  BEALS *v.* UNITED STATES. C. A. 6th Cir.  Application for bail, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.